KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

ELTON JOHN BAIN          2443-0
STEPHANIE HALFORD       9555-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177
Email:       jbain@kdubm.com
             shalford@kdubm.com

Attorneys for Defendant/Cross-Claim Defendant
ISLANDS EMERGENCY MEDICAL SERVICE, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL J. JACKSON, | ) | CIVIL NO. 11-00308 ACK RLP |
| | ) | (FTCA - Medical Malpractice) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE OF THE FIRST |
| UNITED STATES OF AMERICA; | ) | AMENDED COMPLAINT AND ALL |
| JAY T. POINDEXTER, M.D.; and | ) | CROSS CLAIMS |
| ISLANDS EMERGENCY MEDICAL | ) | |
| SERVICE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant/ | ) | |
| Cross-Claimant, | ) | |
| | ) | |
| vs. | ) | |
| JAY T. POINDEXTER, M.D., and | ) | |

ISLANDS EMERGENCY MEDICAL  )
SERVICE, INC.,                              )
                                                   )
         Defendants/                       )
         Cross-Claim Defendants.   )
                                                   )

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF**
**THE FIRST AMENDED COMPLAINT AND ALL CROSS CLAIMS**

IT IS HEREBY STIPULATED by and between Plaintiff Michael J. Jackson ("Plaintiff") and Defendants United States of America ("USA"), Islands Emergency Medical Service, Inc. ("IEMS"), and Jay Poindexter, M.D. ("Poindexter"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii)  and Rule 41(c) of the Federal Rules of Civil Procedure, that the subject action known as Civil No. CV 11-00308 ACK-RLP, including the First Amended Complaint filed by Plaintiff on June 14, 2012, the First Amended Cross Claim filed by USA on June 28, 2012, the First Amended Cross Claim filed by IEMS on June 28, 2012, and the First Amended Cross Claim filed by Poindexter on June 28, 2012 are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

There are no remaining claims or issues against any party that has appeared in this case.  All appearing parties have signed this Stipulation.  This Stipulation may be signed in counterparts.

Trial in this matter has been set for May 7, 2013.[1]

DATED:  Honolulu, Hawaii    June 18, 2013


/s/ JOHN D. THOMAS
L. RICHARD FRIED, JR.
JOHN D. THOMAS
Attorneys for Plaintiff
MICHAEL J. JACKSON


/s/ HARRY YEE
HARRY YEE
Attorney for Defendant/Cross-
Claimant UNITED STATES OF
AMERICA


/s/ BRADFORD F.K. BLISS
THOMAS E. COOK
BRADFORD F. K. BLISS
Attorneys for Defendant/Cross-Claim
Defendant JAY T. POINDEXTER,
M.D.


/s/ ELTON JOHN BAIN
ELTON JOHN BAIN
STEPHANIE D. HALFORD
Attorneys for Defendant/Cross-Claim
Defendant ISLANDS EMERGENCY
MEDICAL SERVICE, INC.

---

[1] Michael J. Jackson v. United States of America, et al; Civil No. 11-00308 ACK RLP;  STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE FIRST AMENDED COMPLAINT AND ALL CROSS CLAIMS

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, June 19, 2013



_____
Alan C. Kay
Sr. United States District Judge